UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Kevin McNulty |
| v. | : | Crim. No. 20-572 (KM) |
| WILLIS EDWARDS III | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Cari Fais and J Fortier Imbert, Assistant U.S. Attorneys), and defendant Willis Edwards III (Brandon D. Minde, Esq. and Roy B. Greeman, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; the Court having previously entered Orders for Continuance on July 29, 2020, October 19, 2020, and December 11, 2020, based on the findings set forth therein, that the period from the dates of the July 29, 2020 Order and the October 19, 2020 Order through December 11, 2020, and the period from the date of the December 11, 2020 Order through March 15, 2021, respectively, shall be excludable in computing time under the Speedy Trial Act of 1974; the Fourth Extension of Standing Order 2020-12 (Standing Order 2021-04) issued by the Honorable Freda L. Wolfson, U.S. Chief District Judge, District of New Jersey, having been filed in this case, ordering, among other things, that the time period of March 16, 2020 through June 1, 2021 shall be "excluded time" under the Speedy Trial Act; and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this Court pursuant to Title 18, United States Code, Section 3161(c)(1); and the defendant having

1

consented to such continuance and having waived such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The discovery in this matter is voluminous and a continuance order is necessary to ensure that, taking into account the exercise of diligence, defense counsel has sufficient time to review and inspect discovery and further investigate the charges in this matter;

(2) The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for effective preparation for trial taking into account the exercise of diligence; and

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 1st day of June 2021,

ORDERED that this action be, and hereby is, continued until October 1, 2021, and it is further

ORDERED that the period from the date of this order through October 1, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

/s/ Kevin McNulty

**HONORABLE KEVIN MCNULTY**
**UNITED STATES DISTRICT JUDGE**

2

Form and entry
consented to:


_/s/ J Fortier Imbert_
CARI FAIS
J FORTIER IMBERT
Assistant U.S. Attorneys


BRANDON D. MINDE, ESQ.
ROY B. GREENMAN, ESQ.
Counsel for defendant Willis Edwards III